**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:          Darlene Jarrett v. Angel Baby Inc.

Appellate case number:        01-21-00043-CV

Trial court case number:      20-CCV-068105

Trial court:                  County Court at Law No. 1 of Fort Bend County

Appellant, Darlene Jarrett, acting pro se, has filed a notice of appeal of the trial court's final judgment signed on January 20, 2021. The partial clerk's record filed in this Court includes appellant's "Statement of Inability to Afford Payment of Court Costs or an Appeal Bond." *See* TEX. R. CIV. P. 145. The partial clerk's record does not reflect that a contest to the "Statement of Inability to Afford Payment of Court Costs or an Appeal Bond" was filed. *See* TEX. R. CIV. P. 145(f).

**Accordingly, the Clerk of this Court is directed to make an entry in this Court's records that appellant is allowed to proceed on appeal without payment of costs or fees.** *See* TEX. R. APP. P. 20.1; *see also* TEX. R. CIV. P. 145(a).

The trial court clerk is directed to prepare and file a clerk's record at no cost to appellant. The clerk's record is due to be filed with this Court, **within thirty days of the date of this order**. *See* TEX. R. CIV. P. 145(a); TEX. R. APP. P. 35.1.

Further, on February 26, 2021, the court reporter notified the Clerk of this Court that there is a reporter's record. The court reporter is directed to file with this Court, **within thirty days of the date of this order**, and at no cost to appellant, a reporter's record. *See* TEX. R. CIV. P. 145(a); TEX. R. APP. P. 35.1.

It is so ORDERED.


Judge's signature:    ____/s/ Julie Countiss_____
                      ☐ Acting individually    ☐ Acting for the Court

Date: <u>June 3, 2021</u>